IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRY ROGER BAISDEN, II, #298382,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-0484-JB-MU |
| **LIFE TECH TRANSITION FACILITY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that, this action be **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), and that the action be counted as strike for the purposes of 28 U.S.C. § 1915(g). It is further **ORDERED** that the pending matters in this action be **DENIED** as **MOOT.**

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE** this 12th day of September, 2018.

                                                s/JEFFREY U. BEAVERSTOCK
                                                **UNITED STATES DISTRICT JUDGE**